DARIN D. SMITH
United States Attorney
JEREMY A. GROSS (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Tel: 307-772-2124
jeremy.gross@usdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
DANIEL C. LUECKE (CA Bar #326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:      (202) 598-7863
Email:  daniel.luecke@usdoj.gov

*Attorneys for Respondents*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA,<br><br>        Petitioners,<br>   v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>        Respondents,<br><br>   and<br><br>NORTHERN CHEYENNE TRIBE, *et al.*,<br><br>        Intervenor-Respondents. | Case No. 24-CV-00257-SWS (Lead Case) |

1

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, L.L.C., and NATIONAL MINING ASSOCIATION, | |
| Petitioners, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | Case No. 24-CV-264-SWS (Joined Case) |
| Respondents, | |
| and | |
| NORTHERN  CHEYENNE TRIBE, et al., | |
| Intervenor-Respondents. | |

| | |
|---|---|
| WESTMORELAND MINING HOLDINGS, LLC, *et al.*, | |
| Petitioners, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | Case No. 25-CV-33-SWS (Joined Case) |
| Respondents, | |
| and | |
| NORTHERN CHEYNNE TRIBE, *et al.*, | |
| Intervenor-Respondents. | |

Pursuant to the Court's June 11, 2025, Order, Dkt. No. 59, Federal Defendants hereby submit the following Status Report concerning the Bureau of Land Management's ("BLM") progress on remand.

2

On December 11, 2025, in accordance with the Congressional Review Act, 5 U.S.C. §§ 801-808, the President signed two joint resolutions into law disapproving the November 2024 Buffalo Field Office (BFO) Resource Management Plan Amendment (RMPA), Pub. L. No. 119-51, and the 2024 Miles City Field Office (MCFO) RMPA, Pub. L. No. 119-48. These laws disapprove and nullify the 2024 Buffalo Field Office and Miles City Field Office RMPAs. As such, these RMPAs have no "effect" and "may not be reissued in substantially the same form." 5 U.S.C. § 801(b)(1)–(2). The 2015 Buffalo Field Office Resource Management Plan, as amended in November 2019 and as otherwise amended, except as by the disapproved amendment, is now in effect for the Buffalo Planning Area. Likewise, the 2015 Miles City Field Office Resource Management Plan, as amended in January 2021 and as otherwise amended, except as by the disapproved amendment, is now in effect for the Miles City Planning Area.

Additionally, as explained in Federal Defendants' prior status reports to the Court, on October 2, 2025, the Secretary of the Interior published a notice making available approximately 13,103,000 acres of Federal mineral estate for coal leasing pursuant to Section 50203 of the One Big Beautiful Bill Act (OBBB). H.R. 1, 119th Cong. § 50203 (2025); Notice of land available for coal leasing, 90 Fed. Reg. 47,813 (Oct. 2, 2025). As a result of the Secretary's action, approximately 2,100,000 acres of Federal mineral estate in the Buffalo Field Office and 6,700,000 acres of Federal mineral estate in the Miles City Field Office are now available for coal leasing. *Id.* at 47,814.

Since Federal Defendant's November 25, 2025 status report, progress on remand has been paused as the BLM reviews how Section 50203 of the OBBB and the Congressional Review Act resolutions impact the 2025 planning efforts announced in the July 8, 2025 Notices of Intent to Amend the Resource Management Plans for the Buffalo Field Office, Wyoming and

Miles City Field Office, Montana and Prepare Associated Environmental Assessments. 90 Fed. Reg. 30,092–95 (July 8, 2025). The BLM ePlanning pages for the 2025 planning efforts have been updated to reflect passage of the Congressional Review Act resolutions and the NEPA status has been updated to cancelled.[1] BLM-MT and BLM-WY have also completed maintenance actions maintaining their 2015 BFO and MCFO RMPs to reflect the acreage opened by the Secretary under Section 50203 of the OBBB.[2]

   In light of the above developments, Respondents are currently conferring with Petitioners regarding any necessary further proceedings.


Respectfully submitted this 31st day of March, 2026.


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:      (202) 598-7863
Email:  daniel.luecke@usdoj.gov

DARIN D. SMITH

---

[1] *See* U.S. Dep't of the Interior, Bureau of Land Mgmt., https://eplanning.blm.gov/Project-Home/?id=4dc232ef-a7f2-f011-8407-001dd803d7d3 (last visited Jan. 26, 2026); U.S. Dep't of the Interior, Bureau of Land Mgmt., https://eplanning.blm.gov/Project-Home/?id=77ebe1f2-a7f2-f011-8407-001dd80db62a (last visited Jan. 26, 2026).

[2] *See* U.S. Dep't of the Interior, Bureau of Land Mgmt., https://eplanning.blm.gov/Documents/?id=c1174d8a-a7f2-f011-8406-001dd8008d46&spid=2ff3ea48-a8f2-f011-8407-001dd803d7d3 (last visited March 30, 2026); U.S. Dep't of the Interior, Bureau of Land Mgmt., https://eplanning.blm.gov/Documents/?id=cc473982-a7f2-f011-8407-001dd80bcf93&spid=722b9f43-a8f2-f011-8406-001dd802fdea (last visited March 30, 2026).

United States Attorney

_/s/ Jeremy A. Gross_
JEREMY A. GROSS
Assistant United States Attorney

_Counsel for Respondents_