DARIN D. SMITH
United States Attorney
JEREMY A. GROSS (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
307-772-2124
jeremy.gross@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| NORTHERN ARAPAHO TRIBE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORRIS COCHRAN, in his official capacity as<br>Acting Secretary; U.S. Department of Health and<br>Human Services; ELIZABETH FOWLER, in her<br>official capacity as Acting Director, Indian Health<br>Service; UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 0:21-cv-00037-NDF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL—JEREMY A. GROSS**

The United States of America, by and through Assistant United States Attorney Jeremy A.

Gross, hereby provides notice of his withdrawal, pursuant to Local Rule 84.3(c) as attorney for the

government in the above case. The client has consented to this withdrawal and C. Levi Martin,

who has previously filed an entry of appearance on behalf of the government, will continue to

represent the client.

　　　　Dated June 8, 2026.

　　　　　　　　　　　　　　　　　DARIN D. SMITH
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　　*/s/ Jeremy A. Gross*
　　　　　　　　　　　　　　　　JEREMY A. GROSS
　　　　　　　　　　　　　　　　Assistant United States Attorney