DARIN D. SMITH
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Tel: 307-772-2124
christopher.martin@usdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
DANIEL C. LUECKE (CA Bar #326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:     (202) 598-7863
Email:  daniel.luecke@usdoj.gov

*Attorneys for Respondents*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA, <br><br> Petitioners, <br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Respondents, <br><br> and <br><br> NORTHERN CHEYENNE TRIBE, *et al.*, <br><br> Intervenor-Respondents. | Case No. 24-CV-00257-SWS (Lead Case) |

1

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, L.L.C., and NATIONAL MINING ASSOCIATION, | |
| Petitioners, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | Case No. 24-CV-264-SWS (Joined Case) |
| Respondents, | |
| and | |
| NORTHERN  CHEYENNE TRIBE, et al., | |
| Intervenor-Respondents. | |

| | |
|---|---|
| WESTMORELAND MINING HOLDINGS, LLC, *et al.*, | |
| Petitioners, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | Case No. 25-CV-33-SWS (Joined Case) |
| Respondents, | |
| and | |
| NORTHERN CHEYNNE TRIBE, *et al.*, | |
| Intervenor-Respondents. | |

## **RESPONDENTS' MOTION TO DISMISS UNDER RULE 12(b)(1)**

Respondents United States Department of the Interior; United States Bureau of Land

Management (BLM); Doug Burgum, in his official capacity as Secretary of the Department of

the Interior; Stevan Pearce, in his official capacity as BLM Director; Kristina Kirby, in her

official capacity as Acting BLM Wyoming State Director; and Gerald Davis, in his official capacity as Acting BLM Montana-Dakotas State Director hereby move to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

Dismissal is warranted because the dispute in these consolidated cases, which focuses on the availability of federal land for coal leasing, has become moot in light of legal developments that post-date the complaints. Specifically, the Resource Management Plan Amendments that are the subject of this litigation have been nullified under the Congressional Review Act. Moreover, in the One Big Beautiful Bill Act, Congress opened more federal land to coal leasing than had been available before this lawsuit was filed. These developments eliminate the alleged sources of injury to the Petitioners and render their claims non-redressable. The Court should accordingly dismiss this case for lack of subject matter jurisdiction.

This motion is supported by the attached memorandum of law.

Respectfully submitted this 17th day of July, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:    (202) 598-7863
Email:  daniel.luecke@usdoj.gov

DARIN D. SMITH
United States Attorney

3

/s/ C. Levi Martin
C. Levi Martin
Assistant United States Attorney

*Counsel for Respondents*