D. David DeWald (Wyo. Bar. No. 7-5538)
Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
david.dewald@wyo.gov

*Attorney for Petitioner State of Wyoming*

Christian B. Corrigan
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Attorney for Petitioner State of Montana*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING, STATE OF MONTANA *et al.*,<br><br>Petitioners,<br><br>v.<br><br>BURGUM, *et al.*,<br><br>Respondents. | Civil No. 1:24-cv-257 |

**STATE OF WYOMING AND STATE OF MONTANA'S RESPONSE IN SUPPORT OF RESPONDENTS' MOTION FOR DISMISSAL**

Petitioners, State of Wyoming and State of Montana, consent to Respondents' request for dismissal. The States respectfully request that the dismissal be without prejudice.

Dated this 31st day of July, 2026.

/s/ *David DeWald*
D. David DeWald (Wyo. Bar. No. 7-5538)
Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
david.dewald@wyo.gov

*Attorney for Petitioner State of Wyoming*

Austin Knudsen
*Montana Attorney General*

*/s/ Christian B. Corrigan*
Christian B. Corrigan
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Attorney for Petitioner State of Montana*

## CERTIFICATE OF SERVICE

I certify that on this 31st day of July 2026, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Wyoming and served all parties using the CM/ECF system.

/s/ *David DeWald*
David DeWald