Alexander K. Obrecht
(Wyoming Bar No. 7-5542)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone: 303.861.0600
aobrecht@bakerlaw.com

Martin T. Booher
*(pro hac vice forthcoming)*

Joshua T. Wilson
*(pro hac vice forthcoming)*
BAKER & HOSTETLER LLP
2000 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: 216.621.0200
mbooher@bakerlaw.com
jtwilson@bakerlaw.com

*Attorneys for Petitioners*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA,<br>Petitioners,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br>Respondents,<br>and<br>NORTHERN CHEYENNE TRIBE, *et al.*,<br>Intervenor-Respondents. | **Case No. 24-CV-00257-SWS (Lead Case)** |
| NAVAJO TRANSITIONAL ENERGY COMPANY, L.L.C., and NATIONAL MINING ASSOCIATION,<br>Petitioners,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br>Respondents,<br>and<br>NORTHERN CHEYENNE TRIBE, *et al.*,<br>Intervenor-Respondents. | Case No. 24-CV-264-SWS (Joined Case) |
| WESTMORELAND MINING HOLDINGS LLC, *et al.,*<br>Petitioners,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br>Respondents,<br>and<br>NORTHERN CHEYENNE TRIBE, *et al.*,<br>Intervenor-Respondents. | Case No. 25-CV-33-SWS (Joined Case) |

**NOTICE OF NO OPPOSITION ON MOTION TO DISMISS UNDER RULE 12(b)(1)**

On July 17, 2026, the Federal Defendants filed a Motion to Dismiss Under Rule 12(b)(1), ECF Nos. 72 & 73. At the time of filing, Petitioners Westmoreland Mining Holding LLC, Westmoreland Mining LLC, Westmoreland Rosebud Mining LLC, and Westmoreland Haystack Mining, LLC (collectively, "Westmoreland") reserved taking a position on the Motion to Dismiss. Westmoreland respectfully notifies the Court that Westmoreland has no opposition to the Federal Defendants' Motion to Dismiss, but reserves rights to respond to any filing in opposition to the Motion to Dismiss,.

Submitted respectfully this 31st day of July, 2026,

*/s/ Alexander K. Obrecht*
Alexander K. Obrecht
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone: 303.861.0600
aobrecht@bakerlaw.com

Martin T. Booher *(pro hac vice forthcoming)*
Joshua T. Wilson *(pro hac vice forthcoming)*
BAKER & HOSTETLER LLP
2000 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: 216.621.0200
mbooher@bakerlaw.com
jtwilson@bakerlaw.com

*Attorneys for Petitioners, Westmoreland Mining Holdings LLC, Westmoreland Mining LLC, Westmoreland Rosebud Mining LLC, and Westmoreland Haystack Mining, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2026, I filed the foregoing **Notice of No Opposition on Motion to Dismiss Under Rule 12(b)(1)** using the United Stats District Court CM/ECF which caused all counsel of record to be served electronically.

*/s/ Alexander K. Obrecht*
Alexander K. Obrecht