**UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 AUG -4  PM 1: 00

MARGARET E. TKINS, CLERK
CASPER

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA, | |
| Petitioners, | **Case No. 24-CV-00257-SWS (Lead Case)** |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Respondents, | |
| and | |
| NORTHERN CHEYENNE TRIBE, *et al.*, | |
| Intervenor-Respondents. | |

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, L.L.C., and NATIONAL MINING ASSOCIATION, | |
| Petitioners, | Case No. 24-CV-264-SWS (Joined Case) |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Respondents, | |
| and | |
| NORTHERN CHEYENNE TRIBE, *et al.*, | |
| Intervenor-Respondents. | |

| | |
|---|---|
| WESTMORELAND MINING HOLDINGS, LLC, *et al.*, | |
| Petitioners, | Case No. 25-CV-33-SWS (Joined Case) |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Respondents, | |
| and | |
| NORTHERN CHEYENNE TRIBE, *et al.*, | |
| Intervenor-Respondents. | |

## ORDER LIFTING STAY AND DISMISSING CONSOLIDATED CASES WITHOUT PREJUDICE DUE TO MOOTNESS

These consolidated matters come before the Court on the Federal Respondents' Motion to Dismiss Under Rule 12(b)(1) (ECF 72) and supporting memorandum (ECF 73). The States of Wyoming and Montana, petitioners in the lead case of 24-CV-257, filed a response in support of the dismissal motion. (ECF 74.) The Mining Companies, petitioners in the joined case of 25-CV-33, filed a response advising they do not oppose the dismissal request. (ECF 75.) The Navajo Transitional Energy Company and the National Mining Association, petitioners in the joined case of 24-CV-264, filed a response agreeing that the issues in the case were moot. (ECF 76.) The Northern Cheyenne Tribe and the Environmental Groups, intervenor-respondents in the consolidated action, have not filed a response, and their time for doing so has expired. *See* Local Civil Rule 7.1(b)(2)(A).

Having reviewed the submissions and the record herein, and being otherwise fully advised, the Court agrees that the disputes presented in these consolidated actions have become moot. Petitioners challenged the U.S. BLM's 2024 approval of two Resource Management Plan Amendments (RMPAs) for its Buffalo Field Office in Wyoming and its Miles City Field Office in Montana. Since the filing of these lawsuits, Congress has nullified both challenged RMPAs under the Congressional Review Act. Additionally, the One Big Beautiful Bill Act (OBBBA) opened additional federal land to coal leasing, effectively invalidating the RMPAs' prohibition on future coal leasing. Thus, there is no longer a live case or controversy at issue.

**IT IS THEREFORE ORDERED** that the stay of proceedings previously granted in this consolidated matter (ECF 59) is hereby **LIFTED.**

**IT IS FURTHER ORDERED** that the Respondents' Motion to Dismiss Under Rule 12(b)(1) (ECF 72) is **GRANTED**. This consolidated matter is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction due to mootness. The Clerk of Court will please close this consolidated action.

**ORDERED**: August _3rd_, 2026.

Scott W. Skavdahl
United States District Judge